UNITED STATES of America, Plaintiff–Appellee,

v.

Peter HALAT, Jr., Defendant–Appellant.

No. 04–60089.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 2, 2005.

Richard Terrell Starrett, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Mississippi, Jackson, MS, for Plaintiff–Appellee.

Peter Halat, Jr., Yazoo City, MS, pro se.

Before REAVLEY, HIGGINBOTHAM and GARZA, Circuit Judges.

*ON PETITION FOR REHEARING*

PER CURIAM: *

The petition for rehearing is granted, but the judgment of the district court is in all respects affirmed for these reasons:

1. We assume the waiver of appeal did not prevent Halat from challenging

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the sentence as improperly based on an ambiguous verdict where the lesser penalty would have to be assessed per *United States v. Conley,* 349 F.3d 837 (5th Cir.2003).

2. The verdict in this case was not ambiguous. It charged the violation of 18 U.S.C. § 1962(c) and the punishment provided for violation of that statute is greater than the sentence given Halat. There was no error.

JUDGMENT AFFIRMED.